# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **GARY ROBINETT** | ) | |
| *Plaintiff* | ) | |
| vs. | ) | Case No. 2:21-cv-02290-HLT-TJJ |
| | ) | |
| **MAREL, INC.** | ) | |
| *Defendant* | ) | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, through counsel, and hereby stipulate to the dismissal of this action in its entirety with prejudice and with each party bearing their respective costs and fees.

| **RALSTON KINNEY, LLC** | **STINSON LLP** |
|---|---|
| By: */s/ Thomas F. Ralston* | By: */s/ Erin M. Naeger* |
| Thomas F. Ralston, D. Kan. #78212 | Patricia A. Konopka, KS #17012 |
| tom@rklawllc.com | pat.konopka@stinson.com |
| Kenneth D. Kinney, D. Kan. #78544 | Erin M. Naeger, D. Kan #78683 |
| ken@rklawllc.com | erin.naeger@stinson.com |
| 4717 Grand Avenue, Suite 300 | 1201 Walnut, Suite 2900 |
| Kansas City, MO 64112 | Kansas City, MO 64106 |
| Telephone: (816) 298-0086 | Telephone: (816) 842-8600 |
| Facsimile: (816) 298-9455 | Facsimile: (816) 691-3495 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I certify that on December 27, 2021, after obtaining permission from defense counsel, I filed the foregoing through the Court's ECF system, which will serve Defendant by emailing notice and a copy to its attorney of record.

/s/ *Thomas F. Ralston*
**ATTORNEY FOR PLAINTIFF**